UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-21368-CIV-ALTONAGA/Turnoff

**CONTINENTAL INSURANCE COMPANY**,

    Plaintiff,

vs.

**AMADEO LOPEZ-CASTRO**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came on for trial before the Court and a jury, the Honorable Cecilia M. Altonaga, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict on September 24, 2008, it is

**ORDERED AND ADJUDGED** as follows:

    1.    Judgment is entered in favor of Defendants/Counterplaintiffs, Amadeo Lopez-Castro, III, Odalys Falstreau, Michael Falstreau, Sr., Michael Falstreau, Jr., Raquel Falstreau, and Joshua Falstreau, and against Plaintiff, Continental Insurance Company, on the claims asserted in the Counterclaim. Defendants/Counterplaintiffs shall recover from Plaintiff, Continental Insurance Company, in the amounts set forth in the July 25, 2007 Settlement and Assignment Agreement, specifically:

        a.    Odalys Falstreau, Michael Falstreau, Sr., and Michael Falstreau, Jr. shall recover the sum of $17,500,000.00; and

        b.    Raquel Falstreau and Joshua Falstreau shall recover the sum of $575,000.00. These amounts shall bear interest at a rate of 1.69% per annum until the judgment is paid, for all of which let execution issue.

**CASE NO. 06-21368-CIV-ALTONAGA/Turnoff**

2. Judgment is entered in favor of Defendants/Counterplaintiffs and against Plaintiff, Continental Insurance Company, on the remaining counts of the Second Amended Complaint, Counts I and II.

3. The Court reserves and retains jurisdiction to determine entitlement to and the amount of any pre-judgment interest, attorney's fees, and costs that Defendants/Counterplaintiffs are to recover from Plaintiff, Continental Insurance Company.

4. The Clerk of the Court is instructed to **CLOSE** the case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of September, 2008.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
counsel of record